No. 10498.  STATE OF MONTANA ex rel. WILLIAM P.
ELLIS, Relator, v. The DISTRICT COURT OF the SECOND
JUDICIAL DISTRICT of the State of Montana, IN AND FOR
the COUNTY OF SILVER BOW, and JUDGE JOHN B.
McCLERNAN, One of the Judges Thereof, Respondents.

375 P.2d 117.

Decided September 14, 1962.  Rehearing Denied September
25, 1962.

PER CURIAM.

The application has failed to secure the approval of a ma-
jority of the Justices of this Court and is therefore denied.